# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE,

    Plaintiff,

v.                              CASE NO. 4:14cv349-RH/GRJ

OFFICE OF THE ATTORNEY GENERAL
 et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5 and the objections, ECF No. 6.  I have reviewed de novo the issues raised by the objections.  Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is dismissed with prejudice."  The clerk must close the file.

    SO ORDERED on August 24, 2014.

                                  s/Robert L. Hinkle
                                  United States District Judge